AO 240A (Rev. 01/09; NJ 06/17) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

DENISE R. SMITH

Plaintiff(s),

**v.**

SHERLETTE NADINE SMITH

Defendant(s).

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Civil Action No. 1:20-cv-09120-RBK

Having considered the application to proceed without prepayment of fees under 28 U.S.C. Ä1915, **IT IS ORDERED** the application is:

☐ **GRANTED**, and

☐ The clerk is ordered to file the complaint,

☐ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this day of , 2020

s/______________________________
Signature of Judicial Officer

Robert B. Kugler, USDJ
Name and Title of Judicial Officer