NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENISE R. SMITH,

Plaintiff,

v.

SHERLETTE NADINE SMITH, *et al.*,

Defendants.

Civil No. 20-9120 (RBK/AMD)

**OPINION**

**KUGLER**, United States District Judge:

This matter comes before the Court on the Complaint (Doc. No. 1 ("Compl.")) and Application to proceed *in forma pauperis* ("IFP") (Doc. No. 1-1) filed by Plaintiff Denise R. Smith. Plaintiff alleges that after she filed domestic violence charges against her wife, Defendant Sherlette Nadine Smith, a host of state and local officials conspired to pressure her to drop the charges, violating her constitutional rights. Among other things, Plaintiff now seeks damages and to revoke her wife's U.S. citizenship. Because Plaintiff has applied to proceed IFP, the Court must *sua sponte* screen her Complaint pursuant to 28 U.S.C. § 1915(e)(2). For the reasons set forth below, Plaintiff's Application to proceed IFP is **GRANTED** but her Complaint is **DISMISSED**.

## I. BACKGROUND

Plaintiff and Sherlette were married on December 31, 2018. (Compl. at ¶ 17). Although Sherlette had been married twice before, she did not disclose these prior marriages to Plaintiff; Plaintiff alleges that Sherlette entered into these marriages solely to gain U.S. citizenship. (*Id.* at

d. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to refiling in a court of competent jurisdiction.

3. Plaintiff has leave to file an amended complaint, compliant with Federal Rule of Civil Procedure Rule 8(a) and the accompanying Opinion, on or before August 12, 2020. The Clerk of Court is instructed not to file Plaintiff's amended complaint or to issue any summons until the Court has screened the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: 7/22/2020

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENISE R. SMITH,<br>Plaintiff,<br>v.<br>SHERLETTE NADINE SMITH, *et al.*,<br>Defendants. | Civil No. 20-9120 (RBK/AMD)<br>**OPINION** |

**KUGLER**, United States District Judge:

This matter comes before the Court on the Complaint (Doc. No. 1 ("Compl.")) and Application to proceed *in forma pauperis* ("IFP") (Doc. No. 1-1) filed by Plaintiff Denise R. Smith. Plaintiff alleges that after she filed domestic violence charges against her wife, Defendant Sherlette Nadine Smith, a host of state and local officials conspired to pressure her to drop the charges, violating her constitutional rights. Among other things, Plaintiff now seeks damages and to revoke her wife's U.S. citizenship. Because Plaintiff has applied to proceed IFP, the Court must *sua sponte* screen her Complaint pursuant to 28 U.S.C. § 1915(e)(2). For the reasons set forth below, Plaintiff's Application to proceed IFP is **GRANTED** but her Complaint is **DISMISSED**.

## I. BACKGROUND

Plaintiff and Sherlette were married on December 31, 2018. (Compl. at ¶ 17). Although Sherlette had been married twice before, she did not disclose these prior marriages to Plaintiff; Plaintiff alleges that Sherlette entered into these marriages solely to gain U.S. citizenship. (*Id.* at

d. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to refiling in a court of competent jurisdiction.

3. Plaintiff has leave to file an amended complaint, compliant with Federal Rule of Civil Procedure Rule 8(a) and the accompanying Opinion, on or before August 12, 2020. The Clerk of Court is instructed not to file Plaintiff's amended complaint or to issue any summons until the Court has screened the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated: 7/22/2020

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge