October 15, 2019

Jaredd Bird
PO Box 1124
Lakehurst NJ 08733

Sent via email: jbirdx16@gmail.com

Dear Mr. Bird:

The Evesham Township Police Department received your OPRA request on **October 4, 2019**. The Evesham Township Police Department Records Custodian received your OPRA request on **October 4, 2019**. The seven (7) business day deadline to respond to your request is **October 16, 2019**. This response to your request is being provided to you on the **7th** business day after the custodian's receipt of your request.

The following documents are responsive to your OPRA request for *"Police report &disorderly citation...Denise Smith...10/4/19..."* and is being provided to you via email per your request:

| **Document** | **Notes** |
|---|---|
| Incident Report 19-50576 | No narrative available for this incident. Incident report redacted for privacy pursuant to N.J.S.A. 47:1A-1.1 and Doe v. Poritz, 42 NJ 1 (1995) |

If your request for access to a government record has been denied or unfilled within the seven (7) business days required by law, you have a right to challenge the decision by the Evesham Township Police Department to deny access. At your option, you may either institute a proceeding in the Superior Court of New Jersey or file a complaint with the Government Records Council (GRC) by completing the Denial of Access Complaint Form. You may contact the GRC by toll-free telephone at 866-850-0511, by mail at P.O. Box 819, Trenton, NJ, 08625, by e-mail at grc@dca.state.nj.us, or at their web site at www.state.nj.us/grc. The GRC can also answer other questions about the law. All questions regarding complaints filed in Superior Court should be directed to the Court Clerk in your County.

Sincerely,

Katherine Corbett
Risk Management Coordinator
**Evesham Township Police Department**
984 Tuckerton Road
Evesham NJ 08053
856-985-6022

W 50493

19 OCT 4 12:36

due 10/16/19

# EVESHAM TOWNSHIP POLICE DEPARTMENT

## OPEN PUBLIC RECORDS ACT REQUEST FORM

984 TUCKERTON ROAD, MARLTON, N.J. 08053
(856) 983-1116 FAX NUMBER (856) 988-0954

***Important Notice***

*The last page of this form contains important information related to your rights concerning government records. Please read it carefully.*

**Requestor Information – Please Print**

First Name Jaredd MI B Last Name Bird

E-mail Address jbirdx16@gmail.com

Mailing Address PO BOX 1124

City Lakehurst State NJ Zip 08733

Telephone 717-350-1489 FAX

Preferred Delivery: Pick Up ____ US Mail ____ On-Site Inspect ____ Fax ____ E-mail X

**If you are requesting records containing personal information, please circle one:** Under penalty of N.J.S.A. 2C:28-3, I certify that I ***HAVE / HAVE NOT*** been convicted of any indictable offense under the laws of New Jersey, any other state, or the United States.

Signature Jaredd Bird Date 10/4/19

**Payment Information**

Maximum Authorization Cost $

Select Payment Method

Cash Check Money Order

Actual Cost of paper copies not to exceed:

Fees: Each Page @$0.05

Delivery: Delivery / postage fees additional depending upon delivery type.

Extras: Special service charge dependent upon request.

**Record Request Information:** Please be as specific as possible in describing the records being requested. Also, please note that your preferred method of delivery will only be accommodated if the custodian has the technological means and the integrity of the records will not be jeopardized by such method of delivery.

Police report & disorderly citation related to an interaction between ETPD and Denise Smith at the address of 27 Chelmsford Ct. 08053 on the night of 10/3/19 or early morning of 10/4/19.

Thank you so much 19-50576

S 2019-646

**AGENCY USE ONLY**

Est. Document Cost
Est. Delivery Cost
Est. Extras Cost
Total Est. Cost
Deposit Amount
Estimated Balance
Deposit Date

**AGENCY USE ONLY**

Disposition Notes
Custodian: If any part of request cannot be delivered in seven business days, detail reasons here.

RECEIVED

BY: KC

In Progress - Open
Denied - Closed
Filled - Closed
Partial - Closed

**AGENCY USE ONLY**

Tracking Information
Tracking #
Rec'd Date 10/16/19
Ready Date
Total Pages

Final Cost
Total
Deposit
Balance Due
Balance Paid

Records Provided

Approval: only incident in NWS. not entered of dismiss as of 10/16/19

Custodian Signature Date 10/16/19

**DEPOSITS**

The custodian may require a deposit against costs for reproducing documents sought through an anonymous request whenever the custodian anticipates that the documents requested will cost in excess of $5 to reproduce.

Where a special service charge is warranted under OPRA, that amount will be communicated to you as required under the statute. You have the opportunity to review and object to the charge prior to it being incurred. If, however, you approve of the fact and amount of the special service charge, you may be required to pay a deposit or pay in full prior to reproduction of the documents.

**YOUR REQUEST FOR RECORDS IS DENIED FOR THE FOLLOWING REASON(S):**

(To be completed by the Custodian of Records – check the box of the numbered exemption(s) as they apply to the records requested. If multiple records are requested, be specific as to which exemption(s) apply to each record. **Response is due to requestor as soon as possible, but no later than seven business days.**)

**N.J.S.A. 47:1A-1.1**

- ☐ Inter-agency or intra-agency advisory, consultative or deliberative material
- ☐ Legislative records
- ☐ Law enforcement records:
  - ☐ Medical examiner photos
  - ☐ Criminal investigatory records (however, N.J.S.A. 47:1A-3.b. lists specific criminal investigatory information which must be disclosed)
  - ☐ Victims' records
- ☐ Trade secrets and proprietary commercial or financial information
- ☐ Any record within the attorney-client privilege
- ☐ Administrative or technical information regarding computer hardware, software and networks which, if disclosed would jeopardize computer security
- ☐ Emergency or security information or procedures for any buildings or facility which, if disclosed, would jeopardize security of the building or facility or persons therein
- ☐ Security measures and surveillance techniques which, if disclosed, would create a risk to the safety or persons, property, electronic data or software
- ☐ Information which, if disclosed, would give an advantage to competitors or bidders
- ☐ Information generated by or on behalf of public employers or public employees in connection with:
  - ☐ Any sexual harassment complaint filed with a public employer
  - ☐ Any grievance filed by or against an employee
  - ☐ Collective negotiations documents and statements of strategy or negotiating
- ☐ Information that is a communication between a public agency and its insurance carrier, administrative service organization or risk management office
- ☐ Information that is to be kept confidential pursuant to court order
- ☐ Certificate of honorable discharge issued by the United States government (Form DD-214) filed with a public agency
- ☐ Social security numbers
- ☐ Credit card numbers
- ☐ Unlisted telephone numbers
- ☐ Drivers' license numbers
- ☐ Certain records of higher education institutions:
  - ☐ Research records
  - ☐ Questions or scores for exam for employment or academics
  - ☐ Charitable contribution information
  - ☐ Rare book collections gifted for limited access
  - ☐ Admission applications
  - ☐ Student records, grievances or disciplinary proceedings revealing a students' identification
- ☐ Biotechnology trade secrets **N.J.S.A. 47:1A-1.2**
- ☐ Convicts requesting their victims' records **N.J.S.A. 47:1A-2.2**
- ☐ Ongoing investigations of non-law enforcement agencies (must prove disclosure is inimical to the public interest) **N.J.S.A. 47:1A-3.a.**
- ☐ Public defender records **N.J.S.A. 47:1A-5.k.**
- ☐ Upholds exemptions contained in other State or federal statutes and regulations, Executive Orders, Rules of Court, and privileges created by State Constitution, statute, court rule or judicial case law **N.J.S.A. 47:1A-9**
- ☐ Personnel and pension records (however, the following information must be disclosed:
  - An individual's name, title, position, salary, payroll record, length of service, date of separation and the reason for such separation, and the amount and type of any pension received
  - When required to be disclosed by another law, when disclosure is essential to the performance of official duties of a person duly authorized by this State or the US, or when authorized by an individual in interest
  - Data contained in information which disclose conformity with specific experiential, educational or medical qualifications required for government employment or for receipt of a public pension, but not including any detailed medical or psychological information **N.J.S.A. 47:1A-10**

**N.J.S.A. 47:1A-1**

- ☐ "a public agency has a responsibility and an obligation to safeguard from public access a citizen's personal information with which it has been entrusted when disclosure thereof would violate the citizen's reasonable expectation of privacy."

Burnett v. County of Bergen, 198 N.J. 408 (2009). Without ambiguity, the court held that the privacy provision "is neither a preface nor a preamble." Rather, "the very language expressed in the privacy clause reveals its substantive nature; it does not offer reasons why OPRA was adopted, as preambles typically do; instead, it focuses on the law's implementation." "Specifically, it imposes an obligation on public agencies to protect against disclosure of personal information which would run contrary to reasonable privacy interests."

**Executive Order No. 21 (McGreevey 2002)**

- ☐ Records where inspection, examination or copying would substantially interfere with the State's ability to protect and defend the State and its citizens against acts of sabotage or terrorism, or which, if disclosed, would materially increase the risk or consequences of potential acts of sabotage or terrorism.
- ☐ Records exempted from disclosure by State agencies' proposed rules.

**Executive Order No. 26 (McGreevey 2002)**

- ☐ Certain records maintained by the Office of the Governor
- ☐ Resumes, applications for employment or other information concerning job applicants while a recruitment search is ongoing
- ☐ Records of complaints and investigations undertaken pursuant to the Model Procedures for Internal Complaints Alleging Discrimination, Harassment or Hostile Environments
- ☐ Information relating to medical, psychiatric or psychological history, diagnosis, treatment or evaluation
- ☐ Information in a personal income or other tax return
- ☐ Information describing a natural person's finances, income, assets, liabilities, net worth, bank balances, financial history or activities, or creditworthiness, except as otherwise required by law to be disclosed
- ☐ Test questions, scoring keys and other examination data pertaining to the administration of an examination for public employment or licensing
- ☐ Records in the possession of another department (including NJ Office of Information Technology or State Archives) when those records are made confidential by regulation or EO 9.

**Other Exemption(s) contained in a State statute, resolution of either or both House of the Legislature, regulation, Executive Order, Rules of Court, any federal law, federal regulation or federal order pursuant to N.J.S.A. 47:1A-9.a.**

(Please provide detailed information regarding the exemption from disclosure for which you are relying to deny access to government records. If multiple records are requested, be specific as to which exemption(s) apply to each record.)

**REQUEST FOR RECORDS UNDER THE COMMON LAW**

If, in addition to requesting records under OPRA, you are also requesting the government records under the common law, please check the box below.

A public record under the common law is one required by law to be kept, or necessary to be kept in the discharge of a duty imposed by law, or directed by law to serve as a memorial and evidence of something written, said, or done, or a written memorial made by a public officer authorized to perform that function, or a writing filed in a public office. The elements essential to constitute a public record are that it be a written memorial, that it be made by a public officer, and that the officer be authorized by law to make it.

☐Yes, I am also requesting the documents under common law.

If the information requested is a "public record" under common law and the requestor has a legally recognized interest in the subject matter contained in the material, then the material must be disclosed if the individual's right of access outweighs the State's interest in preventing disclosure.

Please set forth your interest in the subject matter contained in the requested material:

______________________________________________________________________

______________________________________________________________________

***Note that any challenge to a denial of a request for records under the common law cannot be made to the Government Records Council, as the Government Records Council only has jurisdiction to adjudicate challenges to denials of OPRA requests. A challenge to the denial of access under the common law can be made by filing an action in Superior Court.***

1. All government records are subject to public access under the Open Public Records Act ("OPRA"), unless specifically exempt.
2. A request for access to a government record under OPRA must be in writing, hand-delivered, mailed, transmitted electronically, or otherwise conveyed to the appropriate custodian. N.J.S.A. 47:1A-5.g. The seven (7) business day response time does not commence until the records custodian receives the request form. If you submit the request form to any other officer or employee of the ***Name of Agency***, that officer or employee must either forward the request to the appropriate custodian, or direct you to the appropriate custodian. N.J.S.A. 47:1A-5.h.
3. Requestors may submit requests anonymously. If you elect not to provide a name, address, or telephone number, or other means of contact, the custodian is not required to respond until you reappear before the custodian seeking a response to the original request.
4. The fees for duplication of a government record in printed form are listed on the front of this form. We will notify you of any special service charges or other additional charges authorized by State law or regulation before processing your request. Payment shall be made by cash, check or money order payable to the ***Name of Agency.***
5. ***You may be charged a 50% or other deposit when a request for copies exceeds $25.*** The ***Name of Agency*** custodian will contact you and advise you of any deposit requirements. You agree to pay the balance due upon delivery of the records. Anonymous requests in excess of $5.00 require a deposit of 100% of estimated fees.
6. Under OPRA, a custodian must deny access to a person who has been convicted of an indictable offense in New Jersey, any other state, or the United States, **and** who is seeking government records containing personal information pertaining to the person's victim or the victim's family. This includes anonymous requests for said information.
7. By law, the ***Name of Agency*** must notify you that it grants or denies a request for access to government records within seven (7) business days after the agency custodian of records receives the request. If the record requested is not currently available or is in storage, the custodian will advise you within seven (7) business days after receipt of the request when the record can be made available and the estimated cost for reproduction.
8. You may be denied access to a government record if your request would substantially disrupt agency operations and the custodian is unable to reach a reasonable solution with you.
9. If the ***Name of Agency*** is unable to comply with your request for access to a government record, the custodian will indicate the reasons for denial on the request form or other written correspondence and send you a signed and dated copy.
10. Except as otherwise provided by law or by agreement with the requester, if the agency custodian of records fails to respond to you within seven (7) business days of receiving a request, the failure to respond is a deemed denial of your request.
11. If your request for access to a government record has been denied or unfilled within the seven (7) business days required by law, you have a right to challenge the decision by the ***Name of Agency*** to deny access. At your option, you may either institute a proceeding in the Superior Court of New Jersey or file a complaint with the Government Records Council ("GRC") by completing the Denial of Access Complaint Form. You may contact the GRC by toll-free telephone at 866-850-0511, by mail at PO Box 819, Trenton, NJ, 08625, by e-mail at *grc@dca.state.nj.us*, or at their web site at *www.state.nj.us/grc*. The Council can also answer other questions about the law. All questions regarding complaints filed in Superior Court should be directed to the Court Clerk in your County.
12. Information provided on this form may be subject to disclosure under the Open Public Records Act.

# OPRA REDACTION CHECKLIST

**Below is a list of commonly redacted items under the OPRA law. The item(s) checked have been specifically redacted from your request.**

X_____Personal identifying information. Specifically:
a. Social security numbers
b. Credit card numbers
c. Unlisted telephone numbers
d. Drivers' license numbers.

A public agency has a responsibility and an obligation to safeguard from public access a citizen's personal information with which it has been entrusted when disclosure thereof would violate the citizen's reasonable expectation of privacy; and nothing contained in P.L.1963, c.73 (C.47:1A-1 et seq.), as amended and supplemented, shall be construed as affecting in any way the common law right of access to any record, including but not limited to criminal investigatory records of a law enforcement agency.

_______Criminal investigatory records - records which are not required by law to be made, maintained or kept on file that are held by a law enforcement agency which pertain to any criminal investigation or related civil enforcement proceeding. (Note: N.J.S.A. 47:1A-3.b. lists specific criminal investigatory information which must be disclosed). **N.J.S.A. 47:1A-1.1**

_______Victims' records - an individually-identifiable file or document held by a victims' rights agency which pertains directly to a victim of a crime except that a victim of a crime shall have access to the victim's own records. "Victims' rights agency" means a public agency, or part thereof, the primary responsibility of which is providing services, including but not limited to food, shelter, or clothing, medical, psychiatric, psychological or legal services or referrals, information and referral services, counseling and support services, or financial services to victims of crimes, including victims of sexual assault, domestic violence, violent crime, child endangerment, child abuse or child neglect, and the Victims of Crime Compensation Board. **N.J.S.A. 47:1A-1.1**

_______Domestic Violence Records: All records maintained pursuant to this act shall be confidential and shall not be made available to any individual or institution except as otherwise provided by law. **N.J.S.A. 2C:25-33**

_______Administrative or technical information regarding computer hardware, software and networks which, if disclosed would jeopardize computer security. Emergency or security information or procedures for any buildings or facility which, if disclosed, would jeopardize security of the building or facility or persons therein. Security measures and surveillance techniques which, if disclosed, would create a risk to the safety or persons, property, electronic data or software. **N.J.S.A. 47:1A-1.1**

_______Limitations to convicts - personal information pertaining to the person's victim or the victim's family, including but not limited to a victim's home address, home telephone number, work or school address, work telephone number, social security account number, medical history or any other identifying information. *Information may be released only if the information is necessary to assist in the defense of the requestor. A determination that the information is necessary to assist in the requestor's defense shall be made by the court upon motion by the requestor or his representative.* **N.J.S.A. 47:1A-2.2**

_______Ongoing investigations – any records pertaining to an investigation in progress by any public agency if disclosure of such record or records shall be detrimental to the public interest. *This provision shall not be construed to allow any public agency to prohibit access to a record of that agency that was open for public inspection, examination, or copying before the investigation commenced.* **N.J.S.A. 47:1A-3.a**

_______Information relating to medical, psychiatric or psychological history, diagnosis, treatment or evaluation. Executive Order No. 26 (McGreevey 2002)

_______Juvenile Records: Social, medical, psychological, legal and other records of the court and probation division, and records of law enforcement agencies, pertaining to juveniles charged as a delinquent or found to be part of a juvenile-family crisis, shall be strictly safeguarded from public inspection. Multiple exceptions, including the parents or guardian and to the attorney of the juvenile. **N.J.S.A. 2A:4A-60**

_______Child Abuse/Assault Records: Any report, statement, photograph, court document, indictment, complaint or any other public record (in prosecutions for aggravated sexual assault, sexual assault, aggravated criminal sexual contact, criminal sexual contact, endangering the welfare of children under, or in any action alleging an abused or neglected child under) which states the name, address and identity of a victim shall be confidential and unavailable to the public. **N.J.S.A. 2A:82-46b**

_______Mug Shots & Fingerprint Cards: fingerprint cards, plates and photographs and similar criminal investigation records that are required to be made, maintained or kept by any State or local governmental agency. Executive Order No. 69 (Whitman 1997) (continued by EO 21 (McGreevey 2002))

_______The request made under the common law should be denied because the requestor did not provide any reason of eligibility to balance over the state's interest in non-disclosure.

# Incident Details

**Agency:** Evesham Township Police Department
**Agency #:** NJ0031300

**Print Date/Time:** 10/16/2019 07:42

## General Information

**Incident #: 2019-00050576**

| | | |
|---|---|---|
| **Incident Type:** 911 Abandoned | **Call Date/Time:** 10/03/2019 23:26 | **Status:** In Progress |
| **Location:** [redacted] | **Caller Contact #:** [redacted] | **Priority:** High |
| **Case Number:** | **Nature of Call:** | **Source:** OTH |

## Units/Personnel:

| Unit # | Unit Type | Personnel | Time on Call |
|---|---|---|---|
| P2282 | SGT | 82 - DAVIS, BERNARD | 10/03/2019 23:49 |
| P22129 | PTRL | 129 - MCGINLEY, SEAN | 10/03/2019 23:33 |
| P22176 | PTRL | 176 - COOK, KYLE | 10/03/2019 23:33 |
| P22185 | PTRL | 185 - AMISS, ZACHARY | 10/03/2019 23:51 |
| P22154 | KPTL | 154 - CZYZEWSKI, JOSEPH | 10/04/2019 00:01 |
| P22169 | PTRL | 169 - PAUL, LAURA | 10/04/2019 01:43 |

## Vehicles:

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Subjects:

| Role | Name | Address | Contact Information | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| Contact | Unknown, VERIZON | | [redacted] | | | |

## Disposition:

| Disposition | Count |
|---|---|

## Narratives:

Burlington County Central Communications

## Call For Service Detail Report - CFS 740

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 27 CHELMSFORD CT, 22 | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | | **Census Tract** | | | |
| **Beat** | 226-4 | **Quadrant** | 2206 | **District** | 2206 |
| **Caller Name** | , VERIZON | **Caller Phone** | [redacted] | **Call Taker** | COUNTY2\kginley |
| **Create Date** | 10/3/2019 11:26:23 PM | **Clear Date** | 10/4/2019 3:51:31 AM | **Nature Of Call** | |

**Agencies**

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| 911: ABAND | In Progress | High | COUNTY2\kginley | 10/3/2019 11:31:48 PM |

**Call Narrative**

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| ***** 10/4/2019 ***** | | | | |
| 2:34:14 AM | Narrative added from associated Call #: 959 - reqst a call back reg [redacted]/clr is the land lord and the tenant told him the police kicked his door in | Ginley,Kerri | | PS23193 |
| 1:51:48 AM | em 132550 | Guerrini,Suzan | | PS23212 |
| 1:42:14 AM | p22129 tp adult female no longer in custody back to resd // sm 132546 | Guerrini,Suzan | | PS23212 |
| 12:40:18 AM | p22129 @ sta 220 // em 132546 | Guerrini,Suzan | | PS23212 |
| 12:31:12 AM | p22129 tp adult female in custody to sta 220 // sm 132541 | Guerrini,Suzan | | PS23212 |
| 12:02:42 AM | p22154 downgrade to priority 2 | Guerrini,Suzan | | PS23212 |
| 12:01:33 AM | units doing a sweep of the resd | Guerrini,Suzan | | PS23212 |
| 12:01:20 AM | p22154 enrt priority 1 | Guerrini,Suzan | | PS23212 |
| 12:00:38 AM | p22185 enrt priority 1 | Guerrini,Suzan | | PS23212 |
| 12:00:30 AM | units made forced entry into residence | Guerrini,Suzan | | PS23212 |
| ***** 10/3/2019 ***** | | | | |
| 11:48:25 PM | P22129 ADV HE IS FAMILIAR W/ ADDRESS // IS MAKING CONTACT THRU THE UPSTAIRS WINDOW | Guerrini,Suzan | | PS23212 |
| 11:48:07 PM | ATTEMPTED CALL BACK 2X // NEG CONTACT MADE | Guerrini,Suzan | | PS23212 |
| 11:47:47 PM | CALLER ADV SHE WAS AT [redacted]** | Guerrini,Suzan | | PS23212 |
| 11:45:38 PM | CALLER ADV THERE WERE NO PROBLEMS AND WOULD NOT ANSWER THE DOOR WHEN PD ARRIVED | Guerrini,Suzan | | PS23212 |
| 11:45:01 PM | MADE CONTACT W/ CALLER WHO ADV HER PHONE CALLED 911 AND SHE WAS UNAWARE | Guerrini,Suzan | | PS23212 |
| 11:35:29 PM | CAN HEAR MOVEMENT AND VOICES IN THE BACKGROUND | Guerrini,Suzan | | PS23212 |

| | | | |
|---|---|---|---|
| 11:31:18 PM | open line/rapid sos | Ginley,Kerri | PS23193 |

**EMD Narrative**

| Time | Description | User |
|---|---|---|

**Call Persons**

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| ,VERIZON | | [redacted] | PS23193 |
| bird,jared | | [redacted] | PS23212 |

**Call Vehicles**

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

**Call Dispositions**

| Name | Count |
|---|---|
| Arrest | 1 |

**Unit Dispositions**

| Name | Unit Number | Disposition Date |
|---|---|---|

**Call Log**

***** 10/4/2019 *****

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 3:51:31 AM | Call Cleared | Close Call | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Unit Status Action | Unit P2282 AVAILABLE | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Unit Status Action | Unit P22129 AVAILABLE | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Disposition Changed | Added: Arrest Count 1 | Suzan Guerrini | PS23212 |
| 2:40:19 AM | Person Added | Name: bird, jared , Contact Phone: [redacted] | Suzan Guerrini | PS23212 |
| 2:40:19 AM | Narrative Added | reqst a call back reg [redacted]t/clr is the land lord and the tenant told him the police kicked his door in | Suzan Guerrini | PS23212 |
| 2:40:19 AM | Associated Calls | Call Number 959 was Associated, Call Type: NOTIFICATION, Location: 984 TUCKERTON RD, Caller Phone: [redacted], Name: bird, jared | Suzan Guerrini | PS23212 |
| 1:52:57 AM | Unit Status Action | Unit P22169 AVAILABLE | Suzan Guerrini | PS23212 |
| 1:52:54 AM | Unit Status Action | Unit P22169 ARRIVED | Suzan Guerrini | PS23212 |
| 1:51:48 AM | Narrative Added | em 132550 | Suzan Guerrini | PS23212 |
| 1:50:06 AM | Unit Status Action | Unit P22176 AVAILABLE | Suzan Guerrini | PS23212 |
| 1:43:10 AM | Unit Location | Unit P22169 Secondary Location: Secondary Location Cleared | Suzan Guerrini | PS23212 |
| 1:43:10 AM | Unit Status Action | Unit P22169 DISPATCHED | Suzan Guerrini | PS23212 |
| 1:42:14 AM | Narrative Added | p22129 tp adult female no longer in custody back to resd // sm 132546 | Suzan Guerrini | PS23212 |
| 12:42:17 AM | Unit Status Action | Unit P22185 AVAILABLE | Suzan Guerrini | PS23212 |
| 12:42:14 AM | Unit Status Action | Unit P22185 OUT OF SERVICE | Suzan Guerrini | PS23212 |
| 12:42:09 AM | Unit Status Action | Unit P2282 AT STA | Suzan Guerrini | PS23212 |

| | | | | |
|---|---|---|---|---|
| 12:42:07 AM | Unit Status Action | Unit P2282 ENRT STA | Suzan Guerrini | PS23212 |
| 12:42:04 AM | Unit Status Action | Unit P22176 AT STA | Suzan Guerrini | PS23212 |
| 12:42:01 AM | Unit Status Action | Unit P22176 ENRT STA | Suzan Guerrini | PS23212 |
| 12:41:47 AM | Unit Status Action | Unit P22129 AT STA | Suzan Guerrini | PS23212 |
| 12:40:18 AM | Narrative Added | p22129 @ sta 220 // em 132546 | Suzan Guerrini | PS23212 |
| 12:34:55 AM | Unit Status Action | Unit P22154 AVAILABLE | Suzan Guerrini | PS23212 |
| 12:31:22 AM | Unit Status Action | Unit P22129 ENRT STA | Suzan Guerrini | PS23212 |
| 12:31:12 AM | Narrative Added | p22129 tp adult female in custody to sta 220 // sm 132541 | Suzan Guerrini | PS23212 |
| 12:08:24 AM | Unit Status Action | Unit P22154 ARRIVED | Suzan Guerrini | PS23212 |
| 12:02:42 AM | Narrative Added | p22154 downgrade to priority 2 | Suzan Guerrini | PS23212 |
| 12:01:33 AM | Narrative Added | units doing a sweep of the resd | Suzan Guerrini | PS23212 |
| 12:01:28 AM | Unit Status Action | Unit P22185 ARRIVED | Suzan Guerrini | PS23212 |
| 12:01:20 AM | Narrative Added | p22154 enrt priority 1 | Suzan Guerrini | PS23212 |
| 12:01:10 AM | Unit Location | Unit P22154 Secondary Location: Secondary Location Cleared | Suzan Guerrini | PS23212 |
| 12:01:10 AM | Unit Status Action | Unit P22154 DISPATCHED | Suzan Guerrini | PS23212 |
| 12:00:38 AM | Narrative Added | p22185 enrt priority 1 | Suzan Guerrini | PS23212 |
| 12:00:30 AM | Narrative Added | units made forced entry into residence | Suzan Guerrini | PS23212 |
| ***** 10/3/2019 ***** | | | | |
| 11:52:32 PM | Unit Status Action | Unit P2282 ARRIVED | Suzan Guerrini | PS23212 |
| 11:51:00 PM | Unit Location | Unit P22185 Secondary Location: Secondary Location Cleared | Suzan Guerrini | PS23212 |
| 11:51:00 PM | Unit Status Action | Unit P22185 DISPATCHED | Suzan Guerrini | PS23212 |
| 11:49:42 PM | Unit Location | Unit P2282 Secondary Location: Secondary Location Cleared | Suzan Guerrini | PS23212 |
| 11:49:42 PM | Unit Status Action | Unit P2282 DISPATCHED | Suzan Guerrini | PS23212 |
| 11:48:25 PM | Narrative Added | P22129 ADV HE IS FAMILIAR W/ ADDRESS // IS MAKING CONTACT THRU THE UPSTAIRS WINDOW | Suzan Guerrini | PS23212 |
| 11:48:07 PM | Narrative Added | ATTEMPTED CALL BACK 2X // NEG CONTACT MADE | Suzan Guerrini | PS23212 |
| 11:47:47 PM | Narrative Added | CALLER ADV SHE WAS AT [redacted]* | Suzan Guerrini | PS23212 |
| 11:45:46 PM | Unit Status Action | Unit P22176 ARRIVED | Suzan Guerrini | PS23212 |
| 11:45:38 PM | Narrative Added | CALLER ADV THERE WERE NO PROBLEMS AND WOULD NOT ANSWER THE DOOR WHEN PD ARRIVED | Suzan Guerrini | PS23212 |
| 11:45:01 PM | Narrative Added | MADE CONTACT W/ CALLER WHO ADV HER PHONE CALLED 911 AND SHE WAS UNAWARE | Suzan Guerrini | PS23212 |
| 11:44:25 PM | Unit Status Action | Unit P22129 ARRIVED | Suzan Guerrini | PS23212 |
| 11:38:53 PM | Alerts Accessed | Viewed Alerts Tab | Suzan Guerrini | PS23212 |
| 11:38:50 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address [redacted] | cad testing | NWPSCADPRD |
| 11:38:49 PM | Location | Cross streets updated, WENTWORTH CL / SUMMIT CT | Suzan Guerrini | PS23212 |
| 11:38:49 PM | Location | Cross streets updated, WENTWORTH CL / SUMMIT CT | Suzan Guerrini | PS23212 |
| 11:38:49 PM | Alerts Retrieval | Alerts Failed To Be Gathered For Location At Address [redacted] | cad testing | NWPSCADPRD |
| 11:38:49 PM | Location | Call Location Changed from [redacted] CT, 22 to [redacted] | Suzan Guerrini | PS23212 |
| 11:38:49 PM | Location | Call Location Changed from [redacted] CT, 22 to [redacted]22 | Suzan Guerrini | PS23212 |
| 11:35:29 PM | Narrative Added | CAN HEAR MOVEMENT AND VOICES IN THE BACKGROUND | Suzan Guerrini | PS23212 |

| | | | | |
|---|---|---|---|---|
| 11:33:20 PM | Unit Location | Unit P22176 Secondary Location: Secondary Location Cleared | Suzan Guerrini | PS23212 |
| 11:33:20 PM | Unit Status Action | Unit P22176 DISPATCHED | Suzan Guerrini | PS23212 |
| 11:33:11 PM | Incident Created | Added Incident Number, ORI: NJ0031300, Number: 2019-00050576 | Suzan Guerrini | |
| 11:33:11 PM | Unit Status Action | Unit P22129 rerouted from call 706 | Suzan Guerrini | PS23212 |
| 11:31:59 PM | Call Ready for Dispatch | Call marked ready for dispatch | Kerri Ginley | PS23193 |
| 11:31:55 PM | Call Assigned | Added Police Dispatch Position P8 | Kerri Ginley | PS23193 |
| 11:31:48 PM | Agency Context Added | Police Call Type Added. Call Type: 911: ABAND, Status: In Progress, Priority: High | Kerri Ginley | PS23193 |
| 11:31:18 PM | Narrative Added | open line/rapid sos | Kerri Ginley | PS23193 |
| 11:30:00 PM | Location | Cross streets updated, WENTWORTH CL / SUMMIT CT | Kerri Ginley | PS23193 |
| 11:29:59 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address [redacted] | cad testing | NWPSCADPRD |
| 11:29:59 PM | Address Verified | Call Location Changed from Unverified To Verified | Kerri Ginley | PS23193 |
| 11:29:59 PM | Location | Call Location Changed from [redacted] CT, 22 to [redacted] CT, 22 | Kerri Ginley | PS23193 |
| 11:29:52 PM | Location | Call Location Changed from [redacted] to [redacted] 22 | Kerri Ginley | PS23193 |
| 11:29:45 PM | Location | Call Location Changed from [redacted] - SW to [redacted] | Kerri Ginley | PS23193 |
| 11:26:23 PM | Person Added | Name: VERIZON , Contact Phone: [redacted] | Kerri Ginley | PS23193 |
| 11:26:23 PM | Call Created | New call created. Call Type: <Choose Call Type>, Location: [redacted] - SW, Caller Phone: ([redacted] Source: E911 (10/03/2019 23:26:16) | Kerri Ginley | PS23193 |

**Unit Log**

***** 10/4/2019 *****

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 3:51:30 AM | Unit Status Change | AVAILABLE | P2282 | AVAILABLE | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Unit Cleared | Unit Cleared From Call | P2282 | AVAILABLE | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Unit Status Change | AVAILABLE | P22129 | AVAILABLE | Suzan Guerrini | PS23212 |
| 3:51:30 AM | Unit Cleared | Unit Cleared From Call | P22129 | AVAILABLE | Suzan Guerrini | PS23212 |
| 1:52:57 AM | Unit Status Change | AVAILABLE | P22169 | AVAILABLE | Suzan Guerrini | PS23212 |
| 1:52:57 AM | Unit Cleared | Unit Cleared From Call | P22169 | AVAILABLE | Suzan Guerrini | PS23212 |
| 1:52:54 AM | Unit Status Change | ARRIVED | P22169 | ARRIVED | Suzan Guerrini | PS23212 |
| 1:52:54 AM | Unit Location | [redacted], 22 | P22169 | ARRIVED | Suzan Guerrini | PS23212 |
| 1:50:06 AM | Unit Status Change | AVAILABLE | P22176 | AVAILABLE | Suzan Guerrini | PS23212 |
| 1:50:06 AM | Unit Cleared | Unit Cleared From Call | P22176 | AVAILABLE | Suzan Guerrini | PS23212 |
| 1:43:10 AM | Unit Location | Secondary Location Cleared | P22169 | DISPATCHED | Suzan Guerrini | PS23212 |
| 1:43:10 AM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P22169 | DISPATCHED | Suzan Guerrini | PS23212 |
| 12:42:17 AM | Unit Status Change | AVAILABLE | P22185 | AVAILABLE | Suzan Guerrini | PS23212 |
| 12:42:17 AM | Unit Cleared | Unit Cleared From Call | P22185 | AVAILABLE | Suzan Guerrini | PS23212 |
| 12:42:14 AM | Unit Status Change | OUT OF SERVICE | P22185 | OUT OF SERVICE | Suzan Guerrini | PS23212 |
| 12:42:09 AM | Unit Status Change | AT STA | P2282 | AT STA | Suzan Guerrini | PS23212 |
| 12:42:09 AM | Unit Location | 984 TUCKERTON RD | P2282 | AT STA | Suzan Guerrini | PS23212 |
| 12:42:07 AM | Unit Status Change | ENRT STA | P2282 | ENRT STA | Suzan Guerrini | PS23212 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12:42:04 AM | Unit Status Change | AT STA | P22176 | AT STA | Suzan Guerrini | PS23212 |
| 12:42:04 AM | Unit Location | 984 TUCKERTON RD | P22176 | AT STA | Suzan Guerrini | PS23212 |
| 12:42:01 AM | Unit Status Change | ENRT STA | P22176 | ENRT STA | Suzan Guerrini | PS23212 |
| 12:41:47 AM | Unit Status Change | AT STA | P22129 | AT STA | Suzan Guerrini | PS23212 |
| 12:41:47 AM | Unit Location | 984 TUCKERTON RD | P22129 | AT STA | Suzan Guerrini | PS23212 |
| 12:34:55 AM | Unit Status Change | AVAILABLE | P22154 | AVAILABLE | Suzan Guerrini | PS23212 |
| 12:34:55 AM | Unit Cleared | Unit Cleared From Call | P22154 | AVAILABLE | Suzan Guerrini | PS23212 |
| 12:31:22 AM | Unit Status Change | ENRT STA | P22129 | ENRT STA | Suzan Guerrini | PS23212 |
| 12:08:24 AM | Unit Status Change | ARRIVED | P22154 | ARRIVED | Suzan Guerrini | PS23212 |
| 12:08:24 AM | Unit Location | [redacted], 22 | P22154 | ARRIVED | Suzan Guerrini | PS23212 |
| 12:01:28 AM | Unit Status Change | ARRIVED | P22185 | ARRIVED | Suzan Guerrini | PS23212 |
| 12:01:28 AM | Unit Location | [redacted], 22 | P22185 | ARRIVED | Suzan Guerrini | PS23212 |
| 12:01:10 AM | Unit Location | Secondary Location Cleared | P22154 | DISPATCHED | Suzan Guerrini | PS23212 |
| 12:01:10 AM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P22154 | DISPATCHED | Suzan Guerrini | PS23212 |
| ***** 10/3/2019 ***** | | | | | | |
| 11:52:32 PM | Unit Status Change | ARRIVED | P2282 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:52:32 PM | Unit Location | [redacted], 22 | P2282 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:51:00 PM | Unit Location | Secondary Location Cleared | P22185 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:51:00 PM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P22185 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:49:42 PM | Unit Location | Secondary Location Cleared | P2282 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:49:42 PM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P2282 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:45:46 PM | Unit Status Change | ARRIVED | P22176 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:45:46 PM | Unit Location | [redacted]22 | P22176 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:44:25 PM | Unit Status Change | ARRIVED | P22129 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:44:25 PM | Unit Location | [redacted], 22 | P22129 | ARRIVED | Suzan Guerrini | PS23212 |
| 11:33:20 PM | Unit Location | Secondary Location Cleared | P22176 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:33:20 PM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P22176 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:33:11 PM | Reroute | From call 706 to call 740 | P22129 | DISPATCHED | Suzan Guerrini | PS23212 |
| 11:33:11 PM | Unit Status Change | DISPATCHED Call Number: 740, Location: [redacted] 22, Call Type: 911: ABAND | P22129 | DISPATCHED | Suzan Guerrini | PS23212 |

**Incidents**

| Incident Number | ORI | Type |
|---|---|---|
| 2019-00050576 | NJ0031300: Evesham Township Department | Police 911 Abandoned |

**E911 Data**

***** 10/3/2019 *****

| Time | Position | Class of Service | Location | Qualifier | Lat/Lon | Elevation | Uncertainty |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:51:36 PM | 05 | WPH2 | [redacted] - SW | 39.849772, -74.875431 | 13 ft | 68 ft, 90% |
| 11:51:36 PM | 06 | WPH2 | [redacted] - SW | 39.849772, -74.875431 | 13 ft | 68 ft, 90% |
| 11:51:07 PM | 06 | WPH1 | [redacted] - SW | 39.857047, -74.870732 | | |
| 11:51:07 PM | 05 | WPH1 | [redacted] - SW | 39.857047, -74.870732 | | |
| 11:42:30 PM | 05 | RapidSOS | | 39.84983, -74.87557 | | 13 ft, 95% |
| 11:42:20 PM | 05 | RapidSOS | | 39.84986, -74.87554 | | 13 ft, 95% |
| 11:42:10 PM | 05 | RapidSOS | | 39.84988, -74.87555 | | 13 ft, 95% |
| 11:42:00 PM | 05 | RapidSOS | | 39.8498, -74.87552 | | 16 ft, 95% |
| 11:41:50 PM | 05 | RapidSOS | | 39.84982, -74.87553 | | 16 ft, 95% |
| 11:41:40 PM | 05 | RapidSOS | | 39.8498, -74.87554 | | 16 ft, 95% |
| 11:41:30 PM | 05 | RapidSOS | | 39.8498, -74.87552 | | 16 ft, 95% |
| 11:41:20 PM | 05 | RapidSOS | | 39.84984, -74.87551 | | 16 ft, 95% |
| 11:41:10 PM | 05 | RapidSOS | | 39.84984, -74.8755 | | 16 ft, 95% |
| 11:41:00 PM | 05 | RapidSOS | | 39.84979, -74.8755 | | 13 ft, 95% |
| 11:40:40 PM | 05 | RapidSOS | | 39.8498, -74.87555 | | 13 ft, 95% |
| 11:40:30 PM | 05 | RapidSOS | | 39.84978, -74.87553 | | 13 ft, 95% |
| 11:40:19 PM | 05 | RapidSOS | | 39.84975, -74.87552 | | 13 ft, 95% |
| 11:40:09 PM | 05 | RapidSOS | | 39.84976, -74.87555 | | 13 ft, 95% |
| 11:39:59 PM | 05 | RapidSOS | | 39.84978, -74.87555 | | 13 ft, 95% |
| 11:39:49 PM | 05 | RapidSOS | | 39.8498, -74.87556 | | 13 ft, 95% |
| 11:39:39 PM | 05 | RapidSOS | | 39.84979, -74.87557 | | 13 ft, 95% |
| 11:39:29 PM | 05 | RapidSOS | | 39.8498, -74.87555 | | 13 ft, 95% |
| 11:39:19 PM | 05 | RapidSOS | | 39.8498, -74.87551 | | 13 ft, 95% |
| 11:39:09 PM | 05 | RapidSOS | | 39.8498, -74.87551 | | 13 ft, 95% |
| 11:38:49 PM | 05 | RapidSOS | | 39.8498, -74.87556 | | 13 ft, 95% |
| 11:38:39 PM | 05 | RapidSOS | | 39.84978, -74.87553 | | 13 ft, 95% |
| 11:38:29 PM | 05 | RapidSOS | | 39.84981, -74.87551 | | 13 ft, 95% |
| 11:38:19 PM | 05 | RapidSOS | | 39.84984, -74.87551 | | 13 ft, 95% |

| | | | | |
|---|---|---|---|---|
| 11:38:09 PM | 05 | RapidSOS | 39.84985, -74.87551 | 13 ft, 95% |
| 11:37:59 PM | 05 | RapidSOS | 39.84983, -74.87551 | 16 ft, 95% |
| 11:37:49 PM | 05 | RapidSOS | 39.84983, -74.87551 | 13 ft, 95% |
| 11:37:39 PM | 05 | RapidSOS | 39.84981, -74.87557 | 13 ft, 95% |
| 11:37:29 PM | 05 | RapidSOS | 39.8498, -74.87556 | 13 ft, 95% |
| 11:37:09 PM | 05 | RapidSOS | 39.84977, -74.87554 | 13 ft, 95% |
| 11:36:59 PM | 05 | RapidSOS | 39.84975, -74.87549 | 13 ft, 95% |
| 11:36:48 PM | 05 | RapidSOS | 39.84977, -74.87555 | 13 ft, 95% |
| 11:36:38 PM | 05 | RapidSOS | 39.84975, -74.87556 | 13 ft, 95% |
| 11:36:28 PM | 05 | RapidSOS | 39.84972, -74.87555 | 13 ft, 95% |
| 11:36:18 PM | 05 | RapidSOS | 39.84973, -74.87551 | 13 ft, 95% |
| 11:36:08 PM | 05 | RapidSOS | 39.84974, -74.87549 | 13 ft, 95% |
| 11:35:58 PM | 05 | RapidSOS | 39.84972, -74.87544 | 13 ft, 95% |
| 11:35:48 PM | 05 | RapidSOS | 39.84974, -74.87545 | 13 ft, 95% |
| 11:35:38 PM | 05 | RapidSOS | 39.84976, -74.87546 | 13 ft, 95% |
| 11:35:18 PM | 05 | RapidSOS | 39.84981, -74.87556 | 16 ft, 95% |
| 11:35:08 PM | 05 | RapidSOS | 39.84982, -74.87556 | 13 ft, 95% |
| 11:34:58 PM | 05 | RapidSOS | 39.8498, -74.87555 | 13 ft, 95% |
| 11:34:48 PM | 05 | RapidSOS | 39.8498, -74.87555 | 13 ft, 95% |
| 11:34:38 PM | 05 | RapidSOS | 39.84979, -74.87557 | 13 ft, 95% |
| 11:34:28 PM | 05 | RapidSOS | 39.8498, -74.87558 | 13 ft, 95% |
| 11:34:18 PM | 05 | RapidSOS | 39.84982, -74.87559 | 13 ft, 95% |
| 11:34:08 PM | 05 | RapidSOS | 39.8498, -74.87558 | 13 ft, 95% |
| 11:33:58 PM | 05 | RapidSOS | 39.8498, -74.87557 | 13 ft, 95% |
| 11:33:47 PM | 05 | RapidSOS | 39.84978, -74.87555 | 13 ft, 95% |
| 11:33:27 PM | 05 | RapidSOS | 39.84976, -74.87556 | 13 ft, 95% |
| 11:33:17 PM | 05 | RapidSOS | 39.84976, -74.87556 | 13 ft, 95% |
| 11:33:07 PM | 05 | RapidSOS | 39.84978, -74.87559 | 13 ft, 95% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:32:57 PM | 05 | RapidSOS | | 39.84978, -74.87559 | | 13 ft, 95% |
| 11:32:47 PM | 05 | RapidSOS | | 39.84978, -74.87559 | | 13 ft, 95% |
| 11:32:37 PM | 05 | RapidSOS | | 39.84985, -74.87554 | | 13 ft, 95% |
| 11:32:27 PM | 05 | RapidSOS | | 39.84982, -74.8755 | | 13 ft, 95% |
| 11:32:17 PM | 05 | RapidSOS | | 39.84978, -74.87551 | | 29 ft, 95% |
| 11:32:07 PM | 05 | RapidSOS | | 39.84979, -74.87551 | | 13 ft, 95% |
| 11:31:57 PM | 05 | RapidSOS | | 39.84976, -74.8755 | | 13 ft, 95% |
| 11:31:37 PM | 05 | RapidSOS | | 39.84976, -74.87552 | | 19 ft, 95% |
| 11:31:27 PM | 05 | RapidSOS | | 39.84977, -74.87553 | | 13 ft, 95% |
| 11:31:17 PM | 05 | RapidSOS | | 39.84979, -74.87552 | | 13 ft, 95% |
| 11:31:07 PM | 05 | RapidSOS | | 39.84977, -74.87554 | | 16 ft, 95% |
| 11:30:57 PM | 05 | RapidSOS | | 39.84976, -74.87555 | | 19 ft, 95% |
| 11:30:46 PM | 05 | RapidSOS | | 39.84974, -74.87553 | | 13 ft, 95% |
| 11:30:36 PM | 05 | RapidSOS | | 39.84972, -74.87549 | | 13 ft, 95% |
| 11:30:26 PM | 05 | RapidSOS | | 39.84976, -74.87555 | | 13 ft, 95% |
| 11:30:16 PM | 05 | RapidSOS | | 39.84978, -74.87553 | | 13 ft, 95% |
| 11:30:06 PM | 05 | RapidSOS | | 39.84975, -74.8755 | | 13 ft, 95% |
| 11:29:46 PM | 05 | RapidSOS | | 39.84975, -74.87551 | | 16 ft, 95% |
| 11:29:36 PM | 05 | RapidSOS | | 39.84975, -74.87552 | | 19 ft, 95% |
| 11:29:26 PM | 05 | RapidSOS | | 39.84977, -74.87551 | | 19 ft, 95% |
| 11:29:16 PM | 05 | RapidSOS | | 39.84978, -74.87554 | | 19 ft, 95% |
| 11:29:06 PM | 05 | RapidSOS | | 39.84977, -74.87556 | | 19 ft, 95% |
| 11:28:56 PM | 05 | RapidSOS | | 39.84978, -74.87558 | | 19 ft, 95% |
| 11:28:46 PM | 05 | RapidSOS | | 39.84979, -74.87558 | | 22 ft, 95% |
| 11:28:36 PM | 05 | RapidSOS | | 39.84981, -74.87556 | | 29 ft, 95% |
| 11:28:25 PM | 05 | WPH2 | [redacted] - SW | 39.849783, -74.875581 | -26 ft | 29 ft, 90% |
| 11:28:25 PM | 05 | RapidSOS | | 39.84979, -74.87556 | | 45 ft, 95% |
| 11:28:25 PM | 06 | WPH2 | [redacted]- SW | 39.849783, -74.875581 | -26 ft | 29 ft, 90% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:28:16 PM | 06 | RapidSOS | | 39.84979, -74.87553 | | 13 ft, 95% |
| 11:27:55 PM | 06 | RapidSOS | | 39.84983, -74.87552 | | 16 ft, 95% |
| 11:27:45 PM | 06 | RapidSOS | | 39.84982, -74.87553 | | 13 ft, 95% |
| 11:27:35 PM | 06 | RapidSOS | | 39.8498, -74.87554 | | 13 ft, 95% |
| 11:27:25 PM | 06 | RapidSOS | | 39.84984, -74.87559 | | 13 ft, 95% |
| 11:27:15 PM | 06 | RapidSOS | | 39.84981, -74.87561 | | 13 ft, 95% |
| 11:27:05 PM | 06 | RapidSOS | | 39.84981, -74.87554 | | 13 ft, 95% |
| 11:26:55 PM | 06 | RapidSOS | | 39.84979, -74.87552 | | 13 ft, 95% |
| 11:26:45 PM | 06 | RapidSOS | | 39.8498, -74.87555 | | 19 ft, 95% |
| 11:26:35 PM | 06 | RapidSOS | | 39.84983, -74.87556 | | 39 ft, 95% |
| 11:26:25 PM | 06 | RapidSOS | | 39.84983, -74.87557 | | 29 ft, 95% |
| 11:26:16 PM | 05 | WPH2 | [redacted]- SW | 39.849805, -74.875581 | -22 ft | 36 ft, 90% |
| 11:26:16 PM | 06 | WPH2 | [redacted]- SW | 39.849805, -74.875581 | -22 ft | 36 ft, 90% |
| 11:26:05 PM | 01 | RapidSOS | | 39.8498, -74.87554 | | 16 ft, 95% |
| 11:25:55 PM | 01 | RapidSOS | | 39.84979, -74.87551 | | 16 ft, 95% |
| 11:25:45 PM | 01 | RapidSOS | | 39.84974, -74.8755 | | 13 ft, 95% |
| 11:25:35 PM | 01 | RapidSOS | | 39.84975, -74.87552 | | 13 ft, 95% |
| 11:25:25 PM | 01 | RapidSOS | | 39.84977, -74.87551 | | 13 ft, 95% |
| 11:25:15 PM | 01 | RapidSOS | | 39.84979, -74.87559 | | 16 ft, 95% |
| 11:25:05 PM | 01 | RapidSOS | | 39.8498, -74.87559 | | 19 ft, 95% |
| 11:24:54 PM | 01 | RapidSOS | | 39.8498, -74.8756 | | 29 ft, 95% |
| 11:24:44 PM | 01 | WPH1 | [redacted]- SW | 39.857047, -74.870732 | | |

# COMPLAINT - SUMMONS

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 0313 | S | 2019 | 000646 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

EVESHAM TWP MUNICIPAL COURT
984 TUCKERTON RD
MARLTON NJ 08053-0000
856-983-2929 COUNTY OF: BURLINGTON

*THE STATE OF NEW JERSEY*
*VS.*
DENISE R SMITH

ADDRESS [redacted]
MARLTON NJ 08053-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 1 | | 2019-50576 |

COMPLAINANT NAME: SEAN J MCGINLEY
984 TUCKERTON RD
MARLTON NJ 08053

DEFENDANT INFORMATION
SEX: F EYE COLOR: BROWN DOB: [redacted]
DRIVER'S LIC. #. [redacted] DL STATE: NJ
SOCIAL SECURITY #: [redacted] SBI #:
TELEPHONE #: [redacted] (C)
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 10/04/2019 in EVESHAM TWP , BURLINGTON County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY OBSTRUCT, IMPAIR, OR PERVERT THE ADMINISTRATION OF LAW OR A GOVERNMENTAL FUNCTION BY MEANS OF PHYSICAL INTERFERENCE OR OBSTACLE, (SPECIFICALLY BY*) REFUSING TO OPEN THE DOOR DURING A COMMUNITY CARETAKING INVESTIGATION. DEFENDANT WAS REPEATEDLY ADVISED TO EXIT THE RESIDENCE AND SHE PROCEEDED TO CLOSE THE DOOR AND OBSTRUCT AN INVESTIGATION INTO A 911 CALL MADE FROM THE RESIDENCE. IN VIOLATION OF 2C:29-1A, A DISORDERLY PERSONS OFFENSE.

**in violation of:**

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:29-1A | 2) | 3) |
| Amended Charge | | | |

## CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Signed:** SEAN J MCGINLEY **Date:** 10/04/2019

**The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.**

**SUMMONS**

YOU ARE HEREBY SUMMONED to appear before the Municipal Court in the county of: BURLINGTON
at the following address: EVESHAM TWP MUNICIPAL COURT
984 TUCKERTON RD MARLTON NJ 08053-0000
If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.

**Date of Arrest:** 10/04/2019 **Appearance Date:** 10/23/2019 **Time:** 09:00AM **Phone:** 856-983-2929

Signature of Person Issuing Summons: SEAN J MCGINLEY Date: 10/04/2019

❑ **Domestic Violence – Confidential** ❑ **Related Traffic Tickets or Other Complaints** ❑ **Serious Personal Injury/ Death Involved**

**Special conditions of release:**
❑ **No phone, mail or other personal contact w/victim**
❑ **No possession firearms/weapons**
❑ **Other** (specify):

**ORIGINAL**